MIR & BEN, DEMANDANTE Y APELANTE, v. SEGUROLA, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre cobro de dinero.

No. 3066.—Resuelto en diciembre 17, 1923.

SENTENCIA—AMBIGÜEDAD EN SU REDACCIÓN.—No es motivo de revocación de una ''sentencia'' en la cual el juez hizo constar todos los antecedentes del caso y los fundamentos que tenía para dictarla, que en la redacción de dichos antecedentes y fundamentos se advierta cierta ambigüedad, cuando su parte dispositiva es clara y está sostenida por las alegaciones y las pruebas.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. A. P. Rodríguez.*

Abogado del apelado: *Sr. C. J. Torres.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

Mir & Ben demandaron a Agustín Segurola en cobro de cuatrocientos dólares. Se alegó la existencia de un pagaré firmado por el demandado reconociendo la deuda. Segurola contestó admitiendo la existencia del pagaré pero alegó que la deuda procedía de la cesión de ciertas películas para ser exhibidas en el territorio venezolano .exclusivamente y que

el contrato celebrado al efecto fué violado por el deman-
dante ocasionando perjuicios al demandado por valor de
quinientos dólares.

Fué el pleito a juicio en la corte municipal dictándose
fallo en contra del demandante. Apeló el demandante y
celebrado el juicio de nuevo, la corte de distrito pronunció
sentencia condenando al demandado a pagar al demandante
los cuatrocientos dólares reclamados y al demandante a pa-
gar al demandado cuatrocientos doce dólares por concepto
de daños y perjuicios.

No conforme el demandante apeló para ante esta Corte
Suprema señalando en su alegato la comisión de un solo
error: el cometido a su juicio por la corte al declarar la
contrademanda con lugar.

Argumentando ese error se refiere únicamente el ape-
lante a cierto párrafo de la "sentencia" de la corte del
cual deduce que la corte no estaba en condiciones de fijar
la cuantía de los perjuicios.

Dijo la corte:

"De la prueba presentada, la corte llega a las siguientes con-
clusiones de hecho:—Que si bien es verdad que el demandado debe
al demandante la suma de $400.00 importe del pagaré y sus res-
pectivos intereses, también es verdad que los demandantes exhibie-
ron las películas en cuestión en contraversión del contrato efectuado
con el demandado, causándole perjuicios cuya cuantía monta a la
suma de $412.00, sin que se haya podido determinar la suma es-
pecífica."

La redacción del párrafo es ambigua. Debe tratarse de
un error material. Quizá la última palabra en vez de "es-
pecífica" debe ser "reclamada" o "especificada" refirién-
dose a la demanda. No se concibe que la corte dijera que
no estaba en condiciones a virtud de la prueba practicada
de fijar la cuantía de los daños como sostiene el apelante,
cuando de hecho los fijó en $412, suma comprendida dentro
de los quinientos reclamados.

No forma parte de la transcripción la prueba practi-
cada. El error señalado puede calificarse de frívolo. Debe
confirmarse la sentencia recurrida.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey,
Hutchison y Franco Soto.